| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESLER, STANLEY R. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | | 3. Date of Report<br><br>05/4/2015 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| | 5b.   ☐    Amended Report | | |
| 7. Chambers or Office Address<br><br>FRANK R. LAUTENBERG U.S. COURTHOUSE &<br>POST OFFICE BUILDING<br>2 FEDERAL SQUARE<br>NEWARK, NJ 07101 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | K Hovnanian Enterprises |
| 2. 2014 | Unemployment Insurance |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Assoc. | 03/28/14 to 03/29/14 | New York, NY | Meeting of Professional Organization | Lodging and meal |
| 2. | Federal Judges Association | 05/02/14 to 05/06/14 | Washington, DC | Meeting of Professional Organization | Transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Midcap Fund | A | Dividend | J | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. West Orange, NJ Board of Ed. Bond | A | Interest | K | T | | | | | |
| 4. Port Authority Bond | A | Interest | J | T | | | | | |
| 5. Black Rock S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 6. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 01/02/14 | J | | |
| 7. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 02/03/14 | J | | |
| 8. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 03/03/14 | J | | |
| 9. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 04/02/14 | J | | |
| 10. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 05/02/14 | J | | |
| 11. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 06/02/14 | J | | |
| 12. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 07/02/14 | J | | |
| 13. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 08/04/14 | J | | |
| 14. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 09/02/14 | J | | |
| 15. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 10/02/14 | J | | |
| 16. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 11/03/14 | J | | |
| 17. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 12/05/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Spartan 500 Index Fund | A | Interest | L | T | | | | | |
| 19. Fidelity N.J. Muni Money Market Fund | A | Dividend | J | T | | | | | |
| 20. NJ State Ed FACS Bond | A | Interest | K | T | | | | | |
| 21. NJ State Ed FACS Bond | C | Interest | L | T | | | | | |
| 22. Livingston School Dist. Bond | A | Interest | J | T | | | | | |
| 23. NJ Trans TR Bond | C | Interest | K | T | | | | | |
| 24. Port Authority of NY & NJ Bond | B | Interest | | | Redeemed | 09/22/14 | K | A | |
| 25. Port Authority of NY & NJ Bond | B | Interest | K | T | | | | | |
| 26. NJ Building Authority Bond | B | Interest | L | T | | | | | |
| 27. Bergen County Util. Authority Bond | B | Interest | L | T | | | | | |
| 28. Merrill Lynch CMA NJ Muni Market | A | Dividend | J | T | | | | | |
| 29. NJ State Bond | A | Interest | J | T | | | | | |
| 30. Puerto Rico Power Authority Bond | A | Interest | J | T | | | | | |
| 31. Highland Park School Dist. Bond | A | Interest | K | T | | | | | |
| 32. NJ Transit Bond | B | Interest | K | T | | | | | |
| 33. California State Bond | A | Interest | J | T | | | | | |
| 34. California State Bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital One Bank | A | Interest | J | T | | | | | |
| 36. Port Authority of NY & NJ Bond | A | Interest | K | T | | | | | |
| 37. Bayonne NJ Gen. Improvement Bond | A | Interest | J | T | | | | | |
| 38. FIA Card Services RASP | A | Interest | J | T | | | | | |
| 39. I Shares Barclay TIPS | B | Interest | M | T | | | | | |
| 40. NJ State Trans. Bond | B | Interest | L | T | | | | | |
| 41. Port Authority of NY & NJ Bond | A | Interest | J | T | | | | | |
| 42. Port Authority of NY & NJ Bond | B | Interest | L | T | | | | | |
| 43. Port Authority of NY & NJ Bond | A | Interest | K | T | | | | | |
| 44. Triboro B & T Authority Bond | B | Interest | K | T | | | | | |
| 45. CIT Bank | C | Interest | O | T | | | | | |
| 46. Fidelity Spartan 500 Index Fund | D | Dividend | N | T | | | | | |
| 47. Vanguard Prime Money Market | A | Dividend | M | T | | | | | |
| 48. Edison Township Bond | A | Interest | J | T | | | | | |
| 49. NJ State Trans. Auth. Bond | A | Interest | J | T | | | | | |
| 50. NJ Econ. Development Auth. Bd. | A | Interest | J | T | | | | | |
| 51. NJ Trans. Auth. Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NJ State Trans. Auth. Bond | A | Interest | K | T | Buy | 11/24/14 | K | | |
| 53. Edison Township Bond | B | Interest | K | T | Buy | 01/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CHESLER, STANLEY R. | 05/4/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income and gross value for all Fidelity Spartan 500 Index Fund holdings (Lines 6 to 18) are reported at Line 18.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/4/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STANLEY R. CHESLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544